# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DENNIS SAUER,<br>#1074595<br><br>          Plaintiff,<br><br>vs.<br><br>D.W. NEVEN, *et al.*,<br><br>          Defendants. | 2:12-cv-01724-GMN-GWF<br><br>**ORDER** |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; he has failed to include the financial certificate signed by an authorized officer as well as his institutional account statement. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the

. . .

. . .

. . .

1. form provided by this court.  Plaintiff's failure to file an application to proceed *in forma pauperis*
2. in compliance with this order may result in the immediate dismissal of this entire action.
3.     DATED this 2nd day of November, 2012.

                                          */s/ George Foley Jr.*
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge