UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD DENNIS SAUER,<br>#1074595 | ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-01724-GMN-GWF |
| vs. | ) ) | **ORDER** |
| D.W. NEVEN, *et al.*, | ) ) | |
| Defendants. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; he has failed to include the financial certificate signed by an authorized officer as well as his institutional account statement. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the

. . .

. . .

. . .

form provided by this court.  Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

DATED this 2nd day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge